# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARNELL TATE,<br><br>  Defendant. | Case No. 21-mj-71046-MAG-1 (AGT)<br><br>Charging District's Case No.<br>CR-21-101-BLW |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Idaho on **June 30, 2021 at 11:00 AM – MT** by Zoom before Magistrate Judge Candy Dale.

The defendant may need an interpreter for this language: N/A.

The defendant:   ( ) will retain an attorney.

  (X) is requesting court-appointed counsel.

**IT IS ORDERED:** The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: June 22, 2021

_____
ALEX G. TSE
United States Magistrate Judge